AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

COLLETTE TAYLOR,
and DEVIN TAYLOR
    Plaintiffs,

v.

WAUSAU UNDERWRITERS
INSURANCE COMPANY,
COUNTY OF FOND DU LAC,
GARY M. PUCKER, DARWIN SCHMIDT,
JANELL MUELLER, JEROME GAU,
and MARY STEBERG,
    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 04-C-1203

☐     **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.**  This action came before the Court for consideration. The motion for summary judgment is granted in favor of the defendants dismissing plaintiffs' federal claims with prejudice. Federal jurisdiction over the remaining state law claim is relinquished and it is dismissed without prejudice.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the motion for summary judgment is granted in favor of the defendants dismissing plaintiffs' federal claims with prejudice. Federal jurisdiction over the remaining state law claim is relinquished and it is dismissed without prejudice.

Approved:     s/ William C. Griesbach
                            WILLIAM C. GRIESBACH
                            United States District Judge

Dated: March 28, 2006.

SOFRON B. NEDILSKY
Clerk

s/ Cheryl A. Veazie
(By) Deputy Clerk